# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Haze, Darrell K.

(Full Name of Plaintiff or Plaintiffs)

vs

Kubicek, Mark

Cole, Gary G.

Marchant, Tieranie

(Full Name of Defendant or Defendants)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2013 NOV 27 P 2: 37

JON A. SANFILIPPO
CLERK

Case No. **13-C-1344**
(Supplied by Clerk)

## COMPLAINT

### I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
☐ YES    ☑ NO

B. Have you begun other lawsuits in state or federal court?
☐ YES    ☑ NO

C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

1. Parties to the previous lawsuit

   Plaintiff(s) NA

   Defendant(s) NA

2. Court in which lawsuit brought (if federal court, name district: if state court, name the county)
   NA

Revised 05/2013

3. Docket number __NA__

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)?
   __NA__

5. Approximate date of filing lawsuit __NA__

6. Approximate date of disposition __NA__

## II. PARTIES

A. Your name (PLAINTIFF) __Haze, Darrell K__

B. Your Address and Phone Number __Box 71101, Shorewood, Wisconsin 53211__
   __(414) 292-8860__

(If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) __Kubicek, Mark__

D. Defendants address __951 N. James Lovell St., Milwaukee, Wisconsin 53233__

E. Additional DEFENDANTS (names and addresses) __Cole, Gary G., 951 N. James Lovell St., Milwaukee, Wisconsin 53233__

__Marchant, Tieranie,      11301 West Lincoln Ave., West Allis, Wisconsin 53227__

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate **numbered** paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Revised 05/2013

Begin statement of claim: 1. (Subjects) While waiting, on Lady Friend, a few feet away from Police Officers, two of the three officers approached and ask to view ID, for some reason, the two officers did'nt want ID, However, the two officers immediately started to brutal twisting my my shoulders backwards dragging me out of public eye, during the process one of the officers was verbal saying, "We Are Going To Shoot You" while dragging me out of public view. I immediately relaxed my feet from under myself, to stay in public view. The officers hand-cuffed me and threatened to take me to jail. (1.Subjects) Mark Kubicek.

2. (Subject) While in an resale zone at Miller Park, one officer approached an other person standing across from me, and pertended to talked with that person while looking and targeting me. Suddenly two officers approached me and Officer Cole, ordered the two officers. The two officers ordered me to put my hands behind my back, and proceeded to handcuffed and arrested me, I did'nt know why I was been arrested. I was not committing a crime, nor was I about to commit a crime. (2. Subject) Gary G. Cole

3. (Subject) While at Wisconsin State Fair Park, watching an great young-teen Grandstanding playing the violin fiddle along side his father, the officer, approached me, handcuffed and arrested me. I was not committing a crime, nor was I about to commit a crime.
(3. Subject) Tieranie Marchant

Revised 05/2013

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

Bring each officer into the hands of the court for intentionally willfully act to deprive me, conspire against decent human law of nature and predicating on our society.

THANKS,

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __27__ day of __NOV__, __2013__.

(Signature of Plaintiff(s))

Revised 05/2013